UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, WASHINGTON,

         Plaintiff,

   v.

ELI LILLY AND COMPANY, *et al.*,

         Defendants.

CASE NO. 2:23-cv-01390-RSL

ORDER

    This matter comes before the Court on plaintiff's complaint and notice of multidistrict litigation. The Clerk of Court is directed to transfer the above-captioned matter to the Honorable Brian R. Martinotti in the District of New Jersey as tag-along action related to *In Re: Insulin Pricing Litig.*, MDL No. 3080.

    Dated this 11th day of September, 2023.

                                             */s/ Robert S. Lasnik*
                                             Robert S. Lasnik
                                             United States District Judge

ORDER - 1